**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
331 J Street, Suite 200
Sacramento, California 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
FERNANDO MADRIGAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. Cr.S-10-162 JAM |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | STIPULATION CONTINUING |
| | ) | SENTENCING |
| FERNANDO MADRIGAL, | ) | |
| | ) | ORDER |
| Defendant | ) | |
| | ) | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, together with counsel for defendant MADRIGAL in the above referenced matter that the sentencing now set for October 15, 2013, be continued to December 17, 2013, at 9:45 AM. In addition, the disclosure of the PSR and briefing schedule shall be modified as follows:

    1.   Judgment and Sentencing Date: 12/17/13

    2.   Reply or Statement of Non-Opposition: 12/10/13

       Motion for Correction of the Presentence Report shall  be
          filed with the Court and served on the Probation  Officer

-1-

1  and opposing counsel no later than: 12/3/13

2  3.   The Presentence Report shall be filed with the Court

3  and disclosed to counsel no later than: 11/26/13

4  4.   Counsel's written objections to the Presentence Report

5  shall be delivered to the Probation Officer and opposing

6  counsel no later than: 11/19/13

7  5.   The proposed Presentence Report shall be disclosed to

8  counsel no later than: 11/5/13

This request for a continuance of the sentencing date is necessary because defendant is housed in Butte County making coordinating and scheduling meetings with the defendant and an interpreter prior to meeting with probation difficult. In addition, coordinating scheduling of meetings with probation is somewhat problematic due to conflicting schedules between the undersigned and probation officer.

Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code§ 3161(h)(8)(B)(iv) (continuity of counsel/reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the

/ / /

/ / /

date of new the sentencing date of, December 17, 2013.

Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      UNITED STATES ATTORNEY

DATED: 9/24/2013          /s/ MICHAEL MCCOY
                                     Michael McCoy
                                     Assistant United States Attorney

DATED: 9/24/20113         /s/ MICHAEL B. BIGELOW
                                     Michael B. Bigelow
                                     Attorney for Fernando Madrigal

**ORDER**

**IT IS ORDERED THAT:** Pursuant to stipulation by the parties, the Schedule for disclosure of the PSR and attendant responses shall be modified as set forth above and sentencing in the above referenced matter, presently set for October 15, 2013, is rescheduled for at December 17, 2013 at 9:45 AM. It is also agreed by the parties that time should be excluded for continuity of counsel and reasonable time for effective preparation and complexity within the meaning of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), and Local Codes T2 and T4, from the date of the filing of the order until the date of new the sentencing December 17, 2013.

The Court also finds that the ends of justice are served by granting the requested continuance and outweigh the best interest in the public and the defendants in a speedy trial.

**IT IS SO ORDERED**

DATED: September 24, 2013          /s/ John A. Mendez_____
                                   Hon. John A. Mendez,
                                   Judge, U.S. District Court
                                   Eastern District, California